John D. Guerrini, Esq., (190972)
THE GUERRINI LAW FIRM
750 East Green Street, Suite 200
Pasadena, CA 91101
Telephone: (626) 229-9611
Facsimile: (626) 229-9615
Email: guerrini@guerrinilaw.com

**FILED**

AUG 0 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff WALKER, TRUESDELL & ASSOCIATES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALKER, TRUESDELL & ASSOCIATES, as Plan Administrator for BRAC Group, Inc. (f/k/a Budget Group, Inc.)<br><br>Plaintiff,<br><br>v.<br><br>CLEARWATER ENVIRONMENTAL MANAGEMENT INC.<br><br>Defendant. | **CASE NO. CV 08 80145 MISC** MHP<br><br>**REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>[Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure]<br><br>[No Hearing Required] |

Plaintiff WALKER, TRUESDELL & ASSOCIATES, as Plan Administrator for

BRAC Group, Inc. (f/k/a Budget Group, Inc.), pursuant to the provisions of Rules

4.1(a) and 69 of the Federal Rules of Civil Procedure, request that American Legal

Support Services, Inc. who is at least 18 years of age, of suitable

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case. The U.S. Marshals Office will remain the levying officer.

IT IS SO ORDERED:

Dated: _____8/6/08_____          _____

United States District Judge

2